1C

**United States District Court**
**Northern District of Illinois**

Plaintiff
Lyntonia Fitch

v.

Defendant
Chicago Police Department
City of Chicago Bureau of Internal Affairs
Officer Edwin Nunez #17932
Officer Selim Genis #18253

1:25-cv-03861
Judge Sunil R. Harjani
Magistrate Judge Appenteng
RANDOM / Cat. 2

RECEIVED
APR 09 2025 BI
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**COMPLAINT**

Complaint For Violation Of CIVIL RIGHTS UNDER 42 U.S.C § 1983

INTRODUCTION

1. Plaintiff

1. Plaintiff Lyntonia Fitch brings this action under 42 U.S.C § 1983 for violations of her rights under the Fourth and Fourteenth Amendments to the United States Constitution.

2. This action arises from the wrongful issuance of a warrant based on negligent misidentification and failure to verify fingerprint and mug shot evidence, resulting in unlawful seizure, emotional distress, and reputational harm.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**United States District Court**
**Northern District of Illinois**

Plaintiff
Lyntonia Fitch

v.

Defendant
Chicago Police Department
City of Chicago Bureau of Internal Affairs
Officer Edwin Nunez #17932
Officer Selim Genis #18253

**COMPLAINT**

On February 22, 2025, Plaintiff received notice of a warrant in her name for a Class A misdemeanor retail theft charge. Plaintiff had no involvement in the alleged crime and was a victim of identity theft. (Exhibits "24", "#4", and "YZ". Despite this, CPD failed to verify fingerprints and mug shot evidence issuing a warrant under plaintiff's name (Exhibits "2", "25", and "26"). Fearing arrest, Plaintiff remained at home for two days, unable to care for her child without fear of being detained.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**United States District Court**
**Northern District of Illinois**

Plaintiff
Lyntonia Fitch
v.

Defendant
Chicago Police Department
City of Chicago Bureau of Internal Affairs
Officer Edwin Nunez # 17932
Officer Selim Genis # 18253

**COMPLAINT**

On February 25, 2025, Plaintiff filed a Notice of Motion to quash the warrant in Will County (Exhibit "#5"). The Judge quashed the warrant but required plaintiff to be fingerprinted and photographed at Tinley Park Police Department (Exhibit "#6"). A detective at Tinley Park confirmed Plaintiff was not the individual involved in the crime based on visual comparison ("Exhibit "G6"). Plaintiff continued efforts to prove her innocence and went to District 22, where a police report confirmed a different suspect and her name was used as an alias (Exhibits "#100", "#101", "#1", and "#3").

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

United States District Court
Northern District of Illinois

Plaintiff
Lyntonia Fitch
v.

Defendant
Chicago Police Department
City of Chicago Bureau of Internal Affairs
Officer Edwin Nunez #17932
Officer Selim Genis #18253

COMPLAINT

Plaintiff has experienced ongoing emotional trauma, legal burdens, and reputational damage as a result of Defendants' negligence (Exhibit "#7").

## CLAIMS FOR RELIEF

Count 1: Violation of Fourth Amendment - Unlawful Seizure (42 U.S.C. § 1983)

- Defendants issued a wrongful Warrant without probable cause.
- Defendants failed to verify biometric evidence, violating Plaintiff's Fourth Amendment rights.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**United States District Court**
**Northern District of Illinois**

Plaintiff
Lyntonia Fitch

v.

Defendant
Chicago Police Department
City of Chicago Bureau of Internal Affairs
Officer Edwin Nunez #17932
Officer Selim Genis #18253

**COMPLAINT**

Count 2: Violation of Fourteenth Amendment - Due process and Equal Protection (42 U.S.C. §1983)

- Defendants deprived Plaintiff of liberty without proper investigation or procedural safeguards.
- This failure resulted in unjust legal action and Violation of Plaintiff's right to due process and equal protection.

United States District Court
Northern District of Illinois

Plaintiff
Lyntonia Fitch
v.

Defendant
Chicago Police Department
City of Chicago Bureau of Internal Affairs
Officer Edwin Nunez #17932
Officer Selim Genis #18253

COMPLAINT

Count 3: Negligence – Under State Law

- Defendants breached their duty to ensure accurate identity verification and recordkeeping.
- This negligence directly caused Plaintiff's emotional harm and reputational damage.

RELIEF REQUESTED

- Award compensatory damages for emotional distress and reputational harm;
- Award punitive damages against the individual officers;
- Issue injunctive relief to correct plaintiff's police record.



Lyntonia Fitch
6143 S Seeley Ave Apt 1
Chicago, IL 60636

February 18, 2025

**County:** Will County
**Case Number:** 25CM000252
**Charge:** Class A Misdemeanor - Retail Theft / Display Merch < $300
**Court Info:** ** CALL FOR COURT INFORMATION **

Dear Lyntonia,

We want to hear your side of the story. The County of Will thinks you committed Class A Misdemeanor - Retail Theft / Display Merch < $300. Obviously, that's a very serious charge that deserves a lot of attention and passion. That's why we at Hirsch Law Group are inviting you to tell us your side of the story.

Our aggressive team of skilled attorneys has over 100 years of combined experience in successfully defending people just like you against Class A Misdemeanor - Retail Theft / Display Merch < $300 charges. But we know that every situation is unique, that's why we want to hear from you.

We do more than just go to court – we partner with you and investigate all angles and evidence. Then we work hard to get your charges dismissed or reduced.

Hirsch Law Group consists of former prosecutors and state's attorneys, so we know how the other side thinks and the tricks they play. One of the best tips we can give you now is to act quickly. The prosecutors are already working on the case against you. You need to call today so we can start building your defense.

We offer reasonable rates and even payment plans that work for you.

Call today for a FREE evaluation so we can hear your side of the story. Ask for Torrance!

**Call Now (815) 989-2934 – We'll handle the rest.**

*HOURS: Monday – Friday 8am-8pm*
*Saturday 9am-2pm*

Hablamos español – (815) 247-4918
*Mówimy po polsku* – (224) 788-8887
Говорим български / говорим по русски – (847) 307-7347

Gordon Hirsch

Melanie Fialkowski

James Brzezinski

Christine Field

Arnold Pula

Luiza Quental

Michelle McClellan

EXHIBIT #4

HirschLawGroup.com || help@hirschlawgroup.com || 10 Offices Throughout Northern Illinois

CONFIDENTIAL

GOOGLE BUSINESS REVIEWS 5.0

4:22

willcountywarrants.com

# Warrant # 2025CM000252

| | |
|---|---|
| **Name** | FITCH, LYNTONIA A |
| **Age** | 26 |
| **Address** | 6143 SEELEY AVE CHICAGO, IL 60636 |
| **Offense** | **Criminal Misdemeanor** RETAIL THEFT/DISP MERCH/<$300 |
| **Type of warrant** | Complaint |
| **Date Issued** | 02/18/2025 |
| **Bond** | $0 |

Map Data Terms

Exhibit ZY



11:22
February 22
4:22 PM
WILL COUNTY WARRANTS
Showing 1 to 1 of 1 entries (filtered from 9,592 total entries)
Search: Lyntonia
Reset
Show 25 entries
First Previous 1 Next Last
Name
Last Location
Details
FITCH, LYNTONIA A 2025CM000252
6143 SEELEY AVE CHICAGO, IL
Name
Last Location
Details
Showing 1 to 1 of 1 entries (filtered from 9,592

Exhibit Yz

2/24/25, 12:34 PM IMG_2482.png

3:19 LTE 4G

Not Secure — publicsearch1.chicagopolice.org

# Details

Arrest

**NAME**
LYNTONIA A FITCH
**AGE**
25
**CB NUMBER**
30373238

**ARRESTED**
Thursday, July 18, 2024 2:04 PM
**ARREST LOCATION**
2754 N CLYBOURN AVE
**ARRESTING AGENCY**
CHICAGO POLICE DEPARTMENT
**RELEASED (*AGENCY DETENTION FACILITY*)**
Thursday, July 18, 2024 10:16 PM

**BOND TYPE**
NOBONDP
**BOND AMOUNT**
**BOND DATE**
2024 Jul 18

**AREA**
3 - North
**DISTRICT**
019
**BEAT**
1931

History

Charges

EXHIBIT #2

https://mail.google.com/mail/u/0/#inbox/KtbxLthtDMGQKJnzLDLxQvpHkVskKMnpvB?projector=1&messagePartId=0.5

3/24/25, 12:33 PM
IMG_2481.png
3:19
LTE 45
AA Not Secure — search1.chicagopolice.org
CHICAGO POLICE
Search Arrests
Lyntonia
Fitch
CB Number
Charge...
Area
District
Beat
Reset
Search
First Name
Last Name
Current Age
First Charge (of multiple)
Inchoate
Arres Date
LYNTONIA
FITCH
25
720 ILCS 5.0/16-25-A-1: RETAIL THEFT/DISP MERCH/>$300
OFFENSE AS CITED
Jul 18, 2024 @ 14:04
1
© 2024 Chicago Police Department. All rights reserved.
//mail.google.com/mail/u/0/#inbox/KtbxLthtDMGQKJnzLDLxQvpHkVskKMnpvB?projector=1&messagePartId=0.4
EXHIBIT #25

2/24/25, 12:32 PM
IMG_2483.png
3:19
LTE
Not Secure — publicsearch1.chicagopolice.org
Charges
720 ILCS 5.0/16-25-A-1
RETAIL THEFT/DISP MERCH/>$300
OFFENSE AS CITED
720 ILCS 5.0/16-25-A-1
RETAIL THEFT/DISP MERCH/<$300
OFFENSE AS CITED
© 2024 Chicago Police Department. All rights reserved.
EXHIBIT #26
1/1
https://mail.google.com/mail/u/0/#inbox?projector=1

IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT
WILL COUNTY, ILLINOIS

State
Plaintiff

vs

CASE NO: 25 CM 252
2025CM000252

Lyntonia Fitch
Defendant

## NOTICE AND MOTION

TO: (Name and addresses of all parties)
State's Attorney of Will County
57 North Ottawa Street, 1st Floor
Joliet, IL 60432

You are hereby notified that on 02/27, 2025 at 9:00 a.m., I shall appear before the Honorable Judge Safford or any other judge as may be holding court in his/her absence, within the

☒ Will County Court House, 100 West Jefferson Street, Joliet, Illinois in Courtroom 303

OR

☐ Other Court Location:

And present this (these):

☐ 1. Motion to Vacate the Exparte Judgment
☐ 2. Motion to Vacate the Forfeiture
☐ 3. Motion to Quash the Warrant of Arrest and Vacate any Forfeitures
☐ 4. Motion to Vacate the Failure to Appear (FTA) and/or Failure to Comply (FTC) Notices
☐ 5. Motion to Vacate or Amend Final Order
☐ 6. Motion to Advance
☒ 7. Petition/Motion: Quash Warrant

For the following reason(s) *(Required)*:

BY Lyntonia Fitch
(Signature)

FILED 25 FEB 25 PM 1:14 CIRCUIT COURT WILL COUNTY, ILLINOIS

## PROOF OF SERVICE

The undersigned certifies, under penalty of perjury, that I served a copy of the attached document upon all parties to this case or their attorneys of record, by enclosing the same in an envelope addressed to each such party at their address disclosed by the papers filed in this case, with postage fully prepaid and mailed said envelope in the U.S. Post Office Mail Box in Hand deliver, Illinois on the 25 day of February, 2025

Lyntonia Fitch
(Signature)

Attorney or Party, if not represented by Attorney
Name Lyntonia Fitch
ARDC#
Firm Name
Attorney for
Address 6143 S. Seeley Ave
City and Zip Chicago 60636
Telephone 773 [illegible] 2396

EXHIBIT #5

**ANDREA LYNN CHASTEEN, CLERK OF THE CIRCUIT COURT OF WILL COUNTY**

48E Revised (01/21)

**White – File Yellow – Prosecutor Pink – Defendant**

QUASH ORDER

IN: Circuit Court of Will County
Twelfth Judicial District

FROM: The Office of the Clerk
of the Circuit Court

TO: Will County Sheriff
TINLEY PARK

Return Date-Time Stamp
Circuit Clerk

( ) Pursuant to the issuance of Administrative Order 97-37 any and all warrants issued for ______________________ AKA ______________ in Case No. ______________________ are ordered quashed.

(X) Pursuant to an order of the Court on 2/27/2025 entered by the Honorable SHERRI L. HALE, the warrant heretofore issued for LYNTONIA A. FITCH on 2/18/2025 in Case Number 2025 CM 000252, is hereby ordered **QUASHED**. The Sheriff is required to mark the warrant **QUASHED**, and return the same to the clerk instanter; the Clerk is ordered to place it in the court file.

2/27/2025
DATE

[signature]
Judge

KDOM

Time: ____________
Talked With: ____________
BETWEEN 7:30A.M. AND 3:00P.M.
( ) Warrant Division (#5552,5553,5556,5558)
AFTER 3:00P.M. (OR IF NO ANSWER AT WARRANTS DIVISION)
( ) Laraway Rd. (#727-8575)
Follow up with FAX Copy to
( ) 740-5536 - Warrant Division
( ) 774-6290 - Laraway Road

EXHIBIT #6

KDO

Issue Date - Time Stamp
Circuit Clerk

Received by ______________________, from Will County Sheriff's Office on ______________ 20____ at __________ A.M P.M.



TINLEY PARK
VILLAGE OF TINLEY PARK, ILL.
1892
POLICE
Dominic DeMarchi
Detective
ddemarchi@tinleypark.org
Tinley Park Police
7850 W. 183rd Street
Tinley Park, IL 60477
Office: 708-444-5336
Fax: 708-444-5398
Exhibit G6

IDENTITY THEFT (FRAUD)

**VICTIM INFORMATION NOTICE/ CHICAGO POLICE DEPARTMENT** THIS IS NOT AN OFFICIAL POLICE REPORT - IT IS FOR INFORMATION PURPOSES ONLY. R.D. No. JJ-163818

INCIDENT OBSTRUCTION IDENTIFICATION 3731 IUCR CODE 1130 DATE/TIME OF OCCURRENCE 18 JULY 2024 @ 2:04 P.M.

NAME OF VICTIM/COMPLAINANT LATONZA FREE 14 BEAT/UNIT OF ASSIGN 2201 BEAT OF OCCUR. 1834

CASE NAME - PEOPLE OF THE STATE OF ILLINOIS/CITY OF CHICAGO vs.

If an arrest has taken place, the following is your court information: Date Time Court Branch Court Loc.

If you need more help call the Cook County State's Attorney's Office Victim Witness Assistance Unit at (773) 674 - 7200.

Your case will be on file with the Chicago Police Department under the above listed R.D. Number. Refer to this number whenever you are communicating with the Chicago Police Department concerning this incident. Your case will be assigned for follow-up investigation based upon specific facts obtained during the initial investigation. The presence of these facts can predict whether a comprehensive follow-up investigation would likely result in the arrest and prosecution of the suspect(s) or the recovery of property. Your case will reviewed and retained to determine if criminals active in the area can be identified. *A detective will not routinely contact you unless additional information is required or your further assistance is needed.*

**TO REPORT ADDITIONAL INFORMATION**

If you have knowledge of specific facts which might assist in the investigation of your case, please contact the unit marked below:

| | PROPERTY CRIMES | VIOLENT CRIMES | SPECIAL VICTIMS | |
|---|---|---|---|---|
| AREA 1 | ☐ (312) 747-8384 | ☐ (312) 747-8380 | ☐ (312) 747-8385 | ☐ BOMB UNIT (312) 746-7622 |
| AREA 2 | ☐ (312) 747-8273 | ☐ (312) 747-8271 | ☐ (312) 747-8276 | ☐ ARSON SECTION (312) 746-7618 |
| AREA 3 | ☐ (312) 744-8263 | ☐ (312) 744-8261 | ☐ (312) 744-8266 | ☐ FINANCIAL CRIMES UNIT (312) 746-9861 |
| AREA 4 | ☐ (312) 746-8253 | ☐ (312) 746-8251 | ☐ (312) 746-8255 | |
| AREA 5 | ☒ (312) 746-7394 | ☐ (312) 746-6554 | ☐ (312) 746-6554 | |

**MISSING PERSONS**

☐ If the missing person is under 18 years of age, contact the National Center of Missing and Exploited Children 1-800-THE-LOST, www.missingkids.com, National Runaway Safeline: 1-800-RUN-AWAY, www.1800runaway.org

☐ If the missing person is over 18 years of age, contact the Illinois State Police Clearinghouse for Missing Persons : 1-800-U-HELP-ME, www.isp.illinois.gov/UnsolvedCrime/MissingPersonsAll.

☐ When persons reported missing are located or have returned contact: (312) 745 - 5019 or (312) 745 -5020

**COPY OF THE REPORT**

The above listed R.D. Number may suffice for insurance purposes. However, there may be instances when a copy of the case report is desired. A copy of the case report which verifies that an incident of injury, loss or damage has been reported to the Chicago Police Department may be obtained. To obtain a copy of the report, you can send a check or money order payable to the *"DEPARTMENT OF REVENUE-CITY OF CHICAGO"* in the amount of $.50 and a self-addressed stamped return envelope to: Chicago Police Department, Records Division, Customer Service Section, 1st floor, 3510 South Michigan Avenue, Chicago, Illinois 60653. Include the following information with your request: 1) Victim's name and address (or person reporting crime), 2) Type of incident, 3) Address of occurrence, and 4) R. D. Number. You can also visit in person or call (312) 745-5130 between 8:00 a.m. - 3:00 p.m., Monday - Friday (excluding public holidays).

**GET INVOLVED - COMMUNITY POLICING**

The police alone cannot solve the problems of crime in our City. It takes an active and informed community working with the police and other City agencies to really make a difference. Join your neighbors and your neighborhood police officers as we work together to improve the quality of life and reduce crime in our City. To find out which beat you live on or how to become involved, call **311** or visit online at: http://www.home.chicagopolice.org

Beat No. ________ Next Beat Community Meeting (date/time) ________

at (location) ________

To report a crime in progress or other emergency that requires immediate police response, call **911**.
To report non-emergency situations, call the Police Department at **311** within City limits, or if outside the City limits call (312) 746-6000.
**To compliment an officer send an email to ComplimentCPD@chicagopolice.org.**

**TELECOMMUNICATIONS DEVICE FOR THE DEAF/TELETYPE (TDD/TTY)**

To report a police emergency, hearing-impaired persons should dial 9-1-1. For non-emergency situations, hearing-impaired persons may communicate with the Chicago Police Department 24 hours a day by calling 3-1-1.

**OBTAINING A WARRANT OR SUMMONS FOR CRIMINAL CHARGES**

If an arrest is made, you will be informed of the date, time, and location of the court proceedings at which your appearance will be required. When you report a crime and an arrest is not made, you may go in person to the appropriate court listed below to request that criminal proceedings be initiated by way of a warrant or summons. Bring this Victim Information Notice and any other relevant information, such as the offender's name, physical description, and home address to the warrant officer assigned to the court between 8:30 am and 11:30 am Monday through Friday (excluding court holidays). The warrant officer will then assist you in the process of obtaining the warrant or summons.*

| Police District of Occurrence | Court Branch for Warrant or Summons | |
|---|---|---|
| ☐ 14,16,17, 25 | Branch 23 | 5555 W. Grand Ave. |
| ☒ 18, 19, 20, 24 | Branch 29 | 5555 W. Grand Ave. |
| ☐ 2, 3, 4, 5, 6, 7, 8, 9, 22 | Branch 35 | 727 E. 111th St. |
| ☐ 1,10,11,12,15 | Branch 43 | 3150 W. Flournoy St. |

*For incidents relating to domestic violence, a warrant/summons will only be issued from the Domestic Violence Court located at 555 West Harrison Street, on the first floor.

**AUTOMATED VICTIM NOTIFICATION (AVN)**

**The County of Cook has a toll free, multilingual, 24-hour Automated Victim Notification Syst[em] inside of Cook County Jail. To obtain information about a defendant's court date or custody call 1-877-846-3445. *Do not depend only on the AVN for your safety. If you feel that you m[ay] be in danger, take precautions as if the defendant has already been released.***

**ILLINOIS CRIME VICTIMS NOTIFICATION**

Innocent victims of violent crime may be eligible to receive benefits from the Illinois Crime Vic[tims] Compensation program for such costs as medical, funeral, loss of support, and wage loss. *NO RECOVERY IS PROVIDED FOR PROPERTY LOSS OR DAMAGE, NOR FOR PAIN OR SUFFERING.* To apply or to determine whether one qualifies, the victim, or if deceased, dependent, must contact the Illinois Attorney General's Office. Further information and can be obtained from the Crime Victims Compensation Program, Office of the Attorney Illinois, 100 West Randolph Street, 13th Floor, Chicago, Illinois 60601, or by calling TTY: 1-877-398-1130 or email at crimevictimservices@atg.state.il.us.

**RECOVERY OF PROPERTY - STOLEN VEHICLE RECOVERED**

The Chicago Police Department must be notified *IMMEDIATELY*, via the "911" emergency nu[mber] when property reported lost or stolen is recovered.

**CREDIT CARDS - CHECKS, LOST OR STOLEN**

Immediately notify the concerned credit card issuer or bank by telephone to reduce the pos[sibility of] being liable for the unauthorized use of your lost or stolen credit card or check. It is sugge[sted] you also inform the credit card issuer or bank in writing as a follow-up measure to ensu[re] notification.

**IMPORTANT: RETAIN THIS NOTICE FOR YOUR PERSONAL RECORDS** EXHIBIT #100

**CPD-11.383 (Rev. 5/22) - English**

Exhibit #100

**Domestic Incident Notice**
Chicago Police Department

Police Report R.D. # JJ-163818 Beat of Occurrence

**The City of Chicago has a free confidential multilingual 24-hour Hot Line that can help you get assistance.**

**(1-877- TO END DV) 1-877-863-6338 or TTY 1-877-863-6339**

If you have been abused or need assistance in regard to a domestic situation, there are programs that offer shelter, counseling and legal help. The Help Line can answer your questions concerning domestic violence services and link you to available programs.

**RIGHTS OF DOMESTIC ABUSE VICTIMS**
The Illinois Domestic Violence Act (IDVA) provides legal help for victims who are abused by family or household members. The IDVA defines family or household members as any of the following people:

1. related by blood or by present or prior marriage
2. who share or formerly shared a common dwelling
3. who have or allegedly have a child in common
4. who share or allegedly share a blood relationship through a child
5. of the opposite or same sex who have or have had a dating or engagement relationship
6. with disabilities and their personal assistants and caregivers.

**If you are a domestic abuse victim, you have a right:**

1. to have a police report completed for any crime reported to the police;
2. to have an officer go with you to your home for a reasonable period of time to remove necessary personal belongings; and
3. to be taken to a hospital or a nearby place of safety. If you want, any children or adult dependents in your care can go with you.

**ILLINOIS CRIME VICTIMS NOTIFICATION**
Innocent victims of violent crime may be eligible to receive benefits from the Illinois Crime Victims Compensation program for such costs as medical, funeral, loss of support, and wage loss. *NO RECOVERY IS PROVIDED FOR PROPERTY LOSS OR DAMAGE, NOR FOR PAIN OR SUFFERING.* To apply or to determine whether one qualifies, the victim, or if deceased, a relative or dependent, must contact the Illinois Attorney General's Office. Further information and claim forms can be obtained from the Crime Victims Compensation Program, Office of the Attorney General of Illinois, 100 West Randolph Street, 13th Floor, Chicago, Illinois 60601, or by calling 1-800-228-3368, TTY: 1-877-398-1130 or email at crimevictimservices@atg.state.il.us.

**FILING CRIMINAL CHARGES**
If the officer makes an arrest, you will be told of the court location and date. When you report a crime but an arrest is not made, you should go to Domestic Violence Court as soon as possible to seek criminal charges. Bring a copy of the police report number and any other information (such as pictures) to the Domestic Violence Court at 555 W. Harrison, 1st floor, Monday through Friday, 8:30 am - 1:30 pm. Once there, you may talk to an assistant state's attorney about your case. You can also request an order of protection.

REPORTING OFFICER'S NAME (PRINT) STAR NO.

**BAIL BOND PROVISIONS**
**Unless the judge rules otherwise**, an abuser charged with a crime against a family or household member will be ordered to NOT contact or speak with the victim and NOT enter or stay at the victim's home (even if the abuser lives there) for 72 hours after posting bond. **If the abuser violates the "72 hour rule," you should immediately call 911.**

**ORDERS OF PROTECTION**
An order of protection is a court order from a judge ordering the abuser to do or to stop doing certain acts. **You can request an order of protection even if you are living with your abuser.** There are many possible remedies that an order of protection can provide. Some examples of them are:

1. order your abuser to stop abusing, stalking, neglecting or exploiting you;
2. give you the right to stay in the home and prevent the abuser from staying there;
3. order your abuser to stay away from you at school, work or other places;
4. order your abuser not to come home while under the influence of drugs or alcohol; and
5. order your abuser to surrender any firearm.

Orders of protection are free. There are no filing fees and you do not need a lawyer.
**IF YOU ALREADY HAVE AN ORDER OF PROTECTION AND YOUR ABUSER VIOLATES THE ORDER, YOU SHOULD IMMEDIATELY CALL 911.**

**How to Request an Order of Protection**
You can request an order of protection in either civil or criminal court. Both may be enforced by arrest. If you cannot request an order because of age, health or disability, someone else can go to court and request an order for you.

__Criminal Court-__ at 555 West Harrison, 1st floor, Mon - Fri 8:30 am - 1:30 pm. You must be willing to seek criminal charges against your abuser in order to receive an order in criminal court. If your abuser has already been arrested, do NOT wait until the trial date to seek an order of protection, report to Domestic Violence court as soon as possible after the crime.

__Civil Court-__ at 555 West Harrison, 1st floor, Mon - Fri 8:30 am - 3:00 pm. If you do not want criminal charges filed against your abuser, you can request an order of protection in civil court. Orders of protection can also be issued with a divorce or other civil proceeding, generally with the assistance of a lawyer. If you are interested in a civil order of protection after standard court hours, you may be able to get a court hearing after hours. Go to https://www.cookcountycourt.org/ABOUT-THE-COURT/County-Department/Domestic-Violence# and click the 'Hours' tab to learn more.

**The City of Chicago has a free confidential multilingual 24-hour Hot Line that can help you get assistance.**

**(1-877- TO END DV) 1-877-863-6338 or TTY 1-877-863-6339**

**Remember: If you are in IMMEDIATE DANGER, you should immediately call 911.**

REPORTING OFFICER'S NAME (PRINT) STAR NO.

CPD-11.443 (Rev. 9/22) English

Note: The Domestic Incident Notice is also available in Braille.

Exhibit #101

IMG_4971.jpeg

SEXNER
AND ASSOCIATES LLC

TOP 100

ATTORNEYS AT LAW

Experienced Criminal & Traffic Defense Since 1990

Theft Defense Team

FREE 24 Hour Legal Hotline
(312) 644-0444 (847) 690-9990
(630) 668-0888 (708) 333-3332
(800) 996-4824 (815) 399-3339

**Your Case Information:**
County: Cook County
Case #: 24119564201
Charge: Retail Theft/Disp Merch/>$300

Lyntonia Fitch
6143 S Seeley Ave
Chicago, IL 60636-2125

Lyntonia:

When you've been accused of a crime involving dishonesty, the outcome can affect your future job prospects, chances for job promotions, school admissions, immigration status, and personal reputation forever. While some offenses are punishable only by fine, others may carry penalties including community service, jail or even penitentiary time.

So what now? Well,you need to choose the best lawyer for your best chance at success. We're confident that you'll find our experienced legal team to be the right choice. Since 1990, we've successfully handled thousands of cases just like yours. And although we don't agree to represent everyone that calls us, I believe we can help you.

As a former Criminal Assistant States Attorney I know the best ways to protect you and keep you out of jail where applicable. You'll also find that our approach is different than most others, because we do more than just go to court with you. We'll investigate all available police reports and evidence, then we'll do our best to get your charges dismissed or reduced. You'll find that every attorney on our team is knowledgeable, aggressive and genuinely concerned with protecting your rights. We go the extra mile for you. That's what separates "the best from the rest".

We offer free initial consultations, flat fees, payment plans, and weekend/evening hours. So call now for straight-talk information about your case or to find the office closest to your home in Chicago. You'll be glad that you did.

At Sexner & Associates LLC, we treat your court case with the attention it deserves. But most of all Lyntonia, we know how important this is to your reputation and your future. That's why we promise to do our very best for you. We're available 24 hours a day to help.

Very truly yours,

*[signature]*

Mitchell S. Sexner

Lyntonia
We can help protect your good name
Call us now to learn how.
Mitch

EXHIBIT #1

mitch@sexner.com
fax: 847/690-9998
www.sexner.com 07/22/2024

Hablamos Español.



2/24/25, 12:33 PM IMG_4654.jpeg

| Date | Location | Pay Rate | OT Rate | DT Rate | Pick Up | In | Out | Reg | OT | SHFT |
|---|---|---|---|---|---|---|---|---|---|---|
| 07/13/24 | 333 W Wacker | $17.60 | | | | 3:00p | 11:00p | 8.00 | | |
| 07/15/24 | 333 W Wacker | $17.60 | | | | 3:00p | 11:00p | 8.00 | | |
| 07/18/24 | 333 W Wacker | $17.60 | | | | 2:00p | 10:00p | 8.00 | | |
| 07/19/24 | 333 W Wacker | $17.60 | | | | 2:00p | 10:00p | 8.00 | | |
| 07/21/24 | 333 W Wacker | $17.50 | | | | 3:00p | 11:00p | 8.00 | | |
| 07/22/24 | 333 W Wacker | $17.50 | | | | 3:00p | 11:00p | 8.00 | | |
| 07/25/24 | 333 W Wacker | $17.50 | | | | 2:00p | 10:00p | 8.00 | | |
| Total | | | | | | | | 56.00 | | |

**Earnings**

| Type | Taxable | Non Tax | YTD |
|---|---|---|---|
| Hours/Sal Pd | 983.20 | | 15,165.25 |
| Total | 983.20 | 0.00 | 15,165.25 |

**Taxes**

| Type | Taxes | YTD |
|---|---|---|
| Federal W/H | 14.09 | 381.21 |
| FICA | 60.96 | 940.25 |
| Medicare | 14.26 | 219.90 |
| IL W/H | 43.39 | 676.72 |
| Total | 132.70 | 2,218.08 |

**Pay Type**

Hourly

**Deductions**

| Type | Taxable | Non Tax | YTD |
|---|---|---|---|
| Metro Pt Dues | 46.75 | | 327.25 |
| Perc Renew | | | 45.00 |
| Total | 46.75 | 0.00 | 372.25 |

| | Current | YTD |
|---|---|---|
| Fica Taxable: | $983.20 | $15,165.25 |
| Federal Taxable: | $983.20 | $15,165.25 |

| Check Date | Pay Period | Gross Wages | Taxes | Other Deducts | Net Pay |
|---|---|---|---|---|---|
| 08/02/2024 | 07/13/24 thru 07/26/24 | $983.20 | $132.70 | $46.75 | $803.75 |

| Emp # | Employee Name | Social Sec # | Fed Exempts | Status | Check # |
|---|---|---|---|---|---|
| 1944221 | Lyntonia Fitch | ***-**-4221 | 50 | HofH | 541523 |

Titan Security Services, LLC

616 West Monroe Street
Chicago, IL 60661

Emp. No.: 1944221

PAYROLL
Check Number
541523

Date
08/02/2024

| Deposited to the Account of: | Account Number | Amount |
|---|---|---|
| | XXXXXXXX1522 | 803.75 |

Lyntonia Fitch
6143 S Seeley Ave
Chicago IL 60636

NON NEGOTIABLE

EXHIBIT #3

ail.google.com/mail/u/0/#inbox/KtbxLthtDMGQKJnzLDLxQvpHkVskKMnpvB?projector=1&messagePartId=0.6

PUBLIC DEFENDER
58 E Clinton St.
Suite 210
Joliet, IL 60432
(815) 727-8666 Call in 2 weeks

Case Number 2025 CM0002
Today's Date 27 FEB 25

COURT DATE REMINDER

EXHIBIT #7

PEOPLE V Lyntonia Fitch

NEXT COURT DATE 02 MAY 25

Time 9:00 Courtroom 302

at 100 W. Jefferson Street Joliet, IL 60432.

Please be on time and dress appropriately.

Meires Spies
Attorney Name

THIS WILL BE THE ONLY NOTICE YOU WILL RECEIVE.

IF YOU HAVE ANY QUESTIONS, PLEASE CONTACT YOUR ATTORNEY.

Lyntonia Fitch
773 886 2896

For additional information, please scan the QR code or visit our website: www.willcountypublicdefender.com

NEW CASE